# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024

April 8, 2024

**VIA ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   **Yanilza Gonzalez v. Tulips, Inc. - Case No. 1:23-cv-09741-MKV**

To the Honorable Judge Mary Kay Vyskocil,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated March 8, 2024. The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 8, 2024 to May 8, 2024. This is the first request for this relief and is on consent of both parties.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

**Granted. SO ORDERED.**

Date: 4/8/2024
New York, New York

Mary Kay Vyskocil
United States District Judge