USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024

# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

June 5, 2024

**VIA ECF**
Honorable Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:** <u>Yanilza Gonzalez v. Tulips, Inc. - Case No. 1:23-cv-09741-MKV</u>

To the Honorable Judge Mary Kay Vyskocil,

    Plaintiff respectfully submits this joint letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated May 8, 2024 (Docket No. 15). The parties have reached a settlement in principle and are undertaking certain conditions precedent to the execution of a settlement agreement, and submission of a notice of dismissal. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from June 8, 2024 to July 8, 2024. This is the third request for this relief. Plaintiff has conferred with Defendant, and Defendant joins in this application.

    The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorney for Plaintiff*

---

**GRANTED. No further extensions will be granted absent extraordinary circumstances. If the parties are unable to execute their settlement agreement on or before July 8, 2024, the case will be reopened and Plaintiff will be required to show cause why this case should not be dismissed for failure to prosecute. SO ORDERED.**

Date: 6/5/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge